**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
201 W. BROAD AVE.
ALBANY, GEORGIA 31701

| | | |
|---|---|---|
| **GREGORY J. LEONARD**<br>CLERK<br>PHONE: 229-430-8432<br>FAX: 229-430-8538 | May 26, 2005 | **OFFICES**<br>ALBANY 31701<br>ATHENS 30601<br>COLUMBUS 31902<br>MACON 31202<br>THOMASVILLE 31792<br>VALDOSTA 31601 |

Office of the Clerk
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, Massachussetts 02210

RE:   Middle District of Georgia Case No. ___1:05-MJ-22(RLH)___
      UNITED STATES OF AMERICA VS. ___Azhar Ehsan___

Dear Sir/Madam:

Enclosed are materials in our court file to date in the above-styled matter which has been transferred to your district pursuant to:

Rule 20 _____    Rule 21b _____    Removal-Rule 5 ___X___

Probation Transfer _____    Other _____.

These documents are itemized below:

<u>Originals of:</u>  Waiver of Rule 5 & 5.1 Hearings; 2 Minute Sheets; Financial Affidavit; <u>Certified Copies</u> of Order of Removal, Notice of Attorney Appearance; Motion for Discovery and Docket Entries

Please acknowledge receipt on the enclosed copy of this letter.

                                Sincerely,

                                GREGORY J. LEONARD, CLERK

                                BY: *Wanda K. Sanders*
                                     Deputy Clerk

xc:   U.S. Attorney
      U.S. Probation
      U.S. Marshal

---

Received said papers on _____ and assigned case no. _____
By: _____

## U.S. District Court [LIVE AREA]
## Middle District of Georgia (Albany)
## CRIMINAL DOCKET FOR CASE #: 1:05-mj-00022-RLH-ALL
### Internal Use Only

Case title: USA v. Ehsan
Other court case number: 2005-M-0456-RBC U.S. District Court - District of Massachusetts

Date Filed: 05/03/2005

Assigned to: U.S. Mag. Judge Richard L. Hodge

**Defendant**

Azhar Ehsan (1)    represented by    Robert J. Pinnero
P.O. Box 1379
Albany, GA 31702-1379
229-436-9661
Email: rjpineropc@mchsi.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

A true and certified copy.
This May 26, 2005
GREGORY J. LEONARD, CLERK
U.S. Dist Court, MD Ga.
By: [signature]
DEPUTY CLERK

**Pending Counts**    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**    **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**    **Disposition**
18:1001.F: False writing or document

**Plaintiff**

USA    represented by    Kenneth Alan Dasher
P.O. Box 366
Albany, GA 31702

229-430-7754
Email:
ALAN.DASHER@USDOJ.GOV
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2005 |  | Arrest (Rule 5) of Azhar Ehsan (wks ) (Entered: 05/03/2005) |
| 05/02/2005 | 1 | Minute Entry for proceedings held before Judge Richard L. Hodge :INITIAL APPEARANCE in Rule 5 Proceedings begun as to Azhar Ehsan on 5/2/2005. Defendant requested he have an attorney present for the initial appearance. Hearing continued to 5/3/05. (Court Reporter: Tape Recorder.) (wks ) (Entered: 05/03/2005) |
| 05/03/2005 | 2 | Minute Entry for proceedings held before Judge Richard L. Hodge :Continuation of INITIAL APPEARANCE in Rule 5 Proceedings as to Azhar Ehsan held on 5/3/2005. Appearance entered by Robert J. Pinnero for Azhar Ehsan on behalf of defendant. Removal Hearing as to Azhar Ehsan held on 5/3/2005 (Court Reporter: Tape Recorder.) (wks ) (Entered: 05/05/2005) |
| 05/03/2005 | 3 | WAIVER of Rule 5 Hearings by Azhar Ehsan (wks ) (Entered: 05/05/2005) |
| 05/03/2005 | 4 | CJA 23 Financial Affidavit by Azhar Ehsan (wks ) (Entered: 05/05/2005) |
| 05/19/2005 | 5 | ORDER of Removal to the District of Massachusetts as to Azhar Ehsan (Hodge, Richard) (Entered: 05/19/2005) |
| 05/24/2005 | 6 | NOTICE OF ATTORNEY APPEARANCE: Robert J. Pinnero appearing for Azhar Ehsan *Entry of Appearance for Defendant Azhar Ehsan* (Pinnero, Robert) (Entered: 05/24/2005) |
| 05/24/2005 | 7 | MOTION for Discovery *Motion for Discovery for Defendant Azhar Ehsan* by Azhar Ehsan. Response to Motion due by 6/16/2005 Reply to Response to Motion due by 7/5/2005. (Pinnero, Robert) (Entered: 05/24/2005) |

A true and certified copy.
This May 26, 2005
GREGORY J. LEONARD, CLERK
U.S. Dist. Court, MD Ga.
By: Wanda K. Sanders
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

ALBANY DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>vs.<br><br>AZHAR ESHAN,<br>Defendant. | :<br>:<br>:<br>:<br>: CRIMINAL INDICTMENT:<br>: NO: 1:05-MJ-22(RLH)<br>:<br>:<br>: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR DISCOVERY AND INSPECTION

The Defendant, AZHAR ESHAN, by and through his undersigned attorney, does hereby move the Court for discovery and inspection of the following:

1.

Any relevant written or recorded statements made by the Defendant, or copies thereof, within the possession, custody or control of the Government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the Government;

2.

The substance of any oral statement which the Government intends to offer in evidence at the trial made by the Defendant;

3.

The prior criminal record of the Defendant;

4.

All books, papers, documents, photographs or tangible objects which are in the possession, custody or control of the Government, and are relevant to this case, including any handwritten notes taken by any investigating agents;

5.

The results or reports of physical or mental examinations, of scientific tests or experiments, or copies thereof, which are within the possession, custody or control of the Government, the existence of which is known, or by the exercise of due diligence may become known to the attorney for the Government;

(7)

6.

All evidence favorable to the Defendant, or which would be helpful in the preparation of a defense or in mitigation of punishment. This includes, but is not limited to, the following:

- (a) All information relevant to the credibility of any Government witness;
- (b) All information concerning the conduct, character and reputation of any such witness which is relevant to his or her truthfulness or untruthfulness;
- (c) The criminal record of such witness, including specifically, any prior conviction of a crime punishable by death or imprisonment in excess of one year or which involved dishonesty or false statement;
- (d) The substance of any agreement, or proposed agreement, either oral or written, made in the name of the Government of the United States to any Government witness, the subject of which deals either directly or indirectly with promise of favored treatment or leniency in return for either pleas of guilty, <u>nolo contendere</u> or favorable testimony in this case or any other criminal or civil litigation or sentencing procedure;
- (e) All evidence tending to show that any acts or conduct by the Defendant were done without criminal intent;
- (f) This request specifically includes any information which could show that at the time of any alleged act, that the Defendant, AZHAR ESHAN, was neither present, mentioned or involved directly or indirectly;
- (g) All names and present addresses of persons who have any knowledge of the existence of any evidence which might be relevant to acts charged as a crime in the Indictment against the Defendant, including all persons who:
  (a) will be witnesses for the Government upon the trial of this case, or
  (b) will not be called as witnesses by the Government;
- (h) The transcript of testimony of any and all persons who testified before the Grand Jury in this case; and,

7.

All statements of witnesses producible under Title 18, United States Code, Section 3500, the Jencks Act, at least seventy-two (72) hours prior to trial.

8.

Pursuant to the provisions of Title 18, United States Code, Section 2518(9):

(a)    All records relating to intercepted wire or oral communications and/or any evidence discovered therefrom.

Respectfully Submitted, this 24TH day of MAY, 2005.

BY: *s/Robert J. Pinnero*
ROBERT J. PINNERO
Attorney Bar Number: 580389
Attorney for Defendant AZHAR ESHAN
Post Office Drawer 1379
Albany, GA 31702
Telephone: (229) 436-9661
Facsimile:  (229) 436-4212
E-mail: rjpineropc@mchsi.com

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

ALBANY DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>vs.<br><br>AZHAR ESHAN,<br>    Defendant. | :<br>:<br>:<br>: CRIMINAL INDICTMENT:<br>: NO: 1:05-MJ-22(RLH)<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

\_\_\_\_\_I hereby certify that on May 24, 2005, I electronically filed the foregoing *MOTION FOR DISCOVERY AND INSPECTION* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Kenneth Alan Dasher, Esq.**
**201 W Broad Avenue**
**Albany, Georgia 31701**

I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants: **None**.

BY:  s/Robert J. Pinnero
ROBERT J. PINNERO
Attorney Bar Number: 580389
Attorney for Defendant AZHAR ESHAN
Post Office Drawer 1379
Albany, GA 31702
Telephone: (229) 436-9661
Facsimile:  (229) 436-4212
E-mail: rjpineropc@mchsi.com

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

ALBANY DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA | : : : |
| vs. | : CRIMINAL INDICTMENT: : NO: 1:05-MJ-22(RLH) |
| AZHAR ESHAN, Defendant. | : : ........ |

### NOTICE OF APPEARANCE

Please take notice that I have been appointed to represent AZHAR ESHAN, the defendant in the above entitled action, and hereby appear as attorney for him.

You are further notified that copies of all papers in this action are to be served on me at my office.

I am admitted to practice in the Middle District of Georgia.

This the 24TH day of May, 2005.

BY: s/ Robert J. Pinnero
ROBERT J. PINNERO
Attorney Bar Number: 580389
Attorney for Defendant AZHAR ESHAN
Post Office Drawer 1379
Albany, GA 31702
Telephone: (229) 436-9661
Facsimile: (229) 436-4212
E-mail: rjpineropc@mchsi.com

A true and certified copy.
This _____, 20__
GREGORY J. LEONARD, CLERK
U.S. Dist. Court, M.D Ga.
By: _____
DEPUTY CLERK

A true and certified copy.
This 5-20 2025
GREGORY J. LEONARD, CLERK
U. S. Dist. Court, MD Ga.
By: _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| VS. | *   1:05-mj-22(RLH)MDGA |
| | *   2005-M-0456(RBC)DMA |
| AZHAR ESHAN, | * |
| | * |
| Defendant. | * |

## ORDER OF REMOVAL

**TO: UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF GEORGIA**

A criminal complaint having been filed against this defendant in the District of Massachusetts, and said defendant having been arrested in the Middle District of Georgia; after an initial appearance held on May 3, 2005, before Richard L. Hodge, United States Magistrate Judge for the Middle District of Georgia, pursuant to Rule 5 of the Federal Rules of Criminal Procedure, the identity of defendant having been admitted (identity hearing waived), a copy of the warrant and criminal complaint was provided to the defendant. The defendant requested that a preliminary examination be held in this district. The defendant also requested representation in this district and was represented by Attorney Robert Pinnero by appointment of the court. Prior to the preliminary examination the defendant changed his mind and waived a preliminary examination in this district stating a desire to be removed to the District of Massachusetts. The defendant has requested that he be given a preliminary examination in the district of prosecution if same can occur prior to the return of an indictment. In view of the above and foregoing the said AZHAR ESHAN, is hereby ordered REMOVED forthwith to the **United States District**

**Court for the District of Massachusetts.**

This defendant was also required to surrender his passport, issued by the nation of Pakistan, to the United States Probation Office where it will remain until further order of this court or the or the United States District Court for the District of Massachusetts.

The court finds that release of this defendant from the custody of the United States Marshal is not appropriate at this time. Conditions of release, if appropriate, may be considered by the judicial officer presiding in the District of Massachusetts upon the appearance of the defendant in that district.

Accordingly, YOU ARE HEREBY COMMANDED to remove the said AZHAR ESHAN to the District of Massachusetts and there deliver him to that Court as directed.

SO ORDERED, this 19th day of May 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

CJA-23
Rev 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|
| IN THE CASE OF | USA v. Azhar Ehsan | FOR Middle District of Georgia AT Albany | |

| PERSON REPRESENTED (Show your full name) | | CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor |
|---|---|---|

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 1:05-MJ-22
District Court:
Court of Appeals:

Filed at 3:45 PM 5-3-05 WKS

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: Shell Gas Station Memphis (2 months)
IF YES, how much do you earn per month? $ 1,600
IF NO, give month and year of last employment — How much did you earn per month? $
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ 7,800   SOURCES savings

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE 93   DESCRIPTION Cherokee Jeep - High miles   1,100

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ___ SINGLE ___ MARRIED ___ WIDOWED ✓ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶  X *Azhar Ehsan*   5-02-05

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_Middle_ DISTRICT OF _Georgia_

UNITED STATES OF AMERICA

V.

_Azhar Ehsan_
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: _1:05-MJ-22 (RCH)_

CHARGING DISTRICTS
CASE NUMBER: _2005-m-0456-RBC_

I understand that charges are pending in the _____ District of _Massachusetts_ alleging violation of _18: 1001(a)(3) and 2(b)_ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_May 3, 2005_
Date

_____
Defendant

_____
Defense Counsel

(3)

## MEMORANDUM OF FELONY PROCEEDINGS

Honorable Richard L. Hodge, Presiding        CASE NO.: 1:05-MJ-22 (RLH)

Courtroom Deputy: Wanda K. Sanders           Court Reporter: tape recorder
                                             Interpreter: _____

AUSA: _Alan Dasher_
USPO: _Tony Lindsey_                         ARREST DATE: _____

UNITED STATES OF AMERICA vs. _Azhar Ehsan_
DEF. ATTY.: _Bob Pinners_                    Retained ☑   CJA ☐

3:10
3:20

### I. INITIAL APPEARANCE HEARING

✓ Hearing begun _5-3-05_ ____ continued to _____
✓ Defendant advised of legal and constitutional rights.
✓ Defendant informed of charges against him/her and of maximum possible penalty upon conviction or plea of guilty.
___ Motion for Pretrial Detention by government:
     ☐ oral in open court     ☐ in writing filed with court
___ Bond/Pretrial Detention Hearing held (See II. below)
___ Bond/Pretrial Detention Hearing continued to _____ at 3:20 o'clock
     ___.M. under 18 U.S.C. § 3142(f) upon motion of   ☐ government   ☑ defendant
___ Temporary detention ordered under § 3142(d).
___ Temporary detention ordered pending further hearing.

_5-3-05_
_WKS_

### II. BOND/PRETRIAL DETENTION HEARING

___ **ORDER OF RELEASE** entered _____.
___ Defendant released on own recognizance.
___ Bond set at $_____
        ☐ Unsecured
        ☐ Secured by cash or approved real estate, commercial bond, or other sureties and/or securities.
        ☐ Secured by the amount set forth above but defendant may satisfy same by posting _____% in the form of a CERTIFIED BANK CHECK or MONEY ORDER with the Clerk.
___ Other Conditions of Release:
        ☐ Travel restricted to _____
        ☐ Bond Supervision by U.S. Probation Office/Pretrial Services, including right to conduct alcohol/drug screening and testing.
        ☐ Surrender of passport
        ☐ Possess no firearms
        ☐ Other:_____

___ Defendant advised of penalties and sanctions.

②

____ MOTION FOR PRETRIAL DETENTION:   Hearing held _____.

AUSA: _____   Def. Atty.: _____

Motion   ❑ Granted   ❑ Denied

____ **PRETRIAL DETENTION ORDERED** - U.S. Marshal directed to hold defendant in custody (written order to follow).

### III. PRELIMINARY HEARING

____ Preliminary hearing set for _____.
____ Preliminary hearing WAIVED by defendant - WAIVER filed.
____ Preliminary hearing held: _____.
     ❑ Probable cause found      ❑ Probable cause <u>not</u> found

### IV. REMOVAL HEARING (RULE 40)

✓ Initial Appearance held  5-3-05  _____(See I. above)
✓ Defendant WAIVES removal hearing (_____✓_____ as to identity only.
   WAIVER filed.
✓ REMOVAL HEARING HELD - defendant identified as same person charged in indictment/complaint in district of prosecution.
____ REMOVAL HEARING HELD - identity <u>not</u> established.
____ Defendant requests preliminary hearing in district of prosecution.
✓ Defendant requests preliminary hearing in this district.
____ Preliminary hearing held (See III. above).
____ No preliminary hearing required - proceeding on indictment.
____ BOND/DETENTION (See II. above).
✓ Defendant advised of provisions of Rule 20 of the Federal Rules of Criminal Procedure.
____ Defendant ordered REMOVED to _____ District of _____.
     ❑ subject to ability to satisfy conditions of release.
____ Removal DENIED.

### V. ARRAIGNMENT

____ At time of initial appearance              ____ On _____
____ Defendant's counsel present                ____ Defendant's counsel absent
____ Defendant advised of charges and maximum possible penalties.
____ Defendant WAIVED formal reading of indictment/information and entered a plea of NOT GUILTY in writing.
____ STANDARD PRETRIAL ORDER to be entered by court.
____ NOTICE OF ESTIMATED SENTENCING GUIDELINE RANGE given to defendant's counsel.

4:27 p.m.
4:35 p.m.

## MEMORANDUM OF FELONY PROCEEDINGS

Honorable Richard L. Hodge, Presiding      CASE NO.: __1:05-mJ22 (RLH)__

Courtroom Deputy: Wanda K. Sanders      Court Reporter: __tape Recorder__
                                         Interpreter: _____

AUSA: __Alien Dasher__
USPO: __Tong Lindsey__         ARREST DATE: __5/2/05__

UNITED STATES OF AMERICA vs. __Azhar Ehsan__
DEF. ATTY.: _____      Retained ☐     CJA ☐

### I. INITIAL APPEARANCE HEARING

✓ Hearing begun __5/2/05__      ✓ continued to __5/3/05__
✓ Defendant advised of legal and constitutional rights.
___ Defendant informed of charges against him/her and of maximum possible penalty upon conviction or plea of guilty.
___ Motion for Pretrial Detention by government:
      ☐ oral in open court       ☐ in writing filed with court
___ Bond/Pretrial Detention Hearing held (See II. below)
___ Bond/Pretrial Detention Hearing continued to _____
   ___.M. under 18 U.S.C. § 3142(f) upon motion of  ☐ government   ☐ defendant.
___ Temporary detention ordered under § 3142(d).
___ Temporary detention ordered pending further hearing.

Filed at __4:40 p.M.__ __5/2__, 20__05__
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

### II. BOND/PRETRIAL DETENTION HEARING

___ ORDER OF RELEASE entered _____.
___ Defendant released on own recognizance.
___ Bond set at $_____
      ☐ Unsecured
      ☐ Secured by cash or approved real estate, commercial bond, or other sureties and/or securities.
      ☐ Secured by the amount set forth above but defendant may satisfy same by posting _____% in the form of a CERTIFIED BANK CHECK or MONEY ORDER with the Clerk.
___ Other Conditions of Release:
      ☐ Travel restricted to _____
      ☐ Bond Supervision by U.S. Probation Office/Pretrial Services, including right to conduct alcohol/drug screening and testing.
      ☐ Surrender of passport
      ☐ Possess no firearms
      ☐ Other: _____

___ Defendant advised of penalties and sanctions.

[Margin note, left side: "ICE Detainer; Defendant to talk w/attorney. Passport given to USPO."]

(1)