UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **05 CR 10156 RWZ** |
| ) | CRIMINAL NO. |
| V. ) | |
| ) | VIOLATIONS: 18 U.S.C. §1001(a)(3) |
| ) | (False Statements) |
| AZHAR EHSAN ) | 18 U.S.C. § 2(b) |
| | Aiding & Abetting |

### INDICTMENT

**COUNT ONE:**    (18 U.S.C. § 1001(a)(3); 2(b) - False Statements; Aiding & Abetting)

The Grand Jury charges that:

From a date unknown to the Grand Jury but not later than June 18, 2001, at Boston, and elsewhere within and outside the District of Massachusetts,

AZHAR EHSAN,

defendant herein, did knowingly make and use, and caused to be made and used, a false writing or document, knowing the same to contain materially false, fictitious and fraudulent statements; to wit: A June 18, 2001 invitation letter sent by an Immigration and Customs Enforcement undercover company in Boston to the U.S. Embassy in Islamabad, Pakistan, containing materially false information provided by Ehsan,

all in violation of 18 U.S.C. §§ 1001(a)(3) and 2(b).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; June 21, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

12:27 P

◆JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

05CR 10156RWZ

| **Place of Offense:** Boston | **Category No.** II | **Investigating Agency** I.C.E. |
|---|---|---|

**City**  Boston                                **Related Case Information:**
**County**  Suffolk                             Superseding Ind./Inf. _____  Case No. _____
                                                Same Defendant  X   New Defendant _____
                                                Magistrate Judge Case Number   05-00456-RBC
                                                Search Warrant Case Number _____
                                                R 20/R 40 from District of   M.D. Ga.

**Defendant Information:**

Defendant Name   Azhar EHSAN                          Juvenile   ☐ Yes   ☒ No

Alias Name   N/A

Address   Unknown

Birth date (Year only): 1973   SSN (last 4 #): Non   Sex M   Race: Cauc.   Nationality: Pakistan

Defense Counsel if known:   None                     Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Gregory Moffatt                              Bar Number if applicable   559778

Interpreter:   ☐ Yes   ☒ No      List language and/or dialect:   English/Other unknown

Matter to be SEALED:   ☐ Yes   ☒ No

☒ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

Arrest Date:   April 21, 2005

☒ Already in Federal Custody as   Pretrial Detainee   in   transit with U.S. Marshals Service  .
☐ Already in State Custody _____      ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____   on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

                        **Continue on Page 2 for Entry of U.S.C. Citations**

x    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: June 21, 2005        Signature of AUSA: _____

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Azhar EHSAN _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC § 1001(a)(3), 2(b) | Visa Fraud, aiding & abetting | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: