UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10156-RWZ |
| | ) | |
| AZHAR EHSAN | ) | |
| | ) | |

ASSENTED-TO MOTION FOR CONTINUANCE

Defendant Azhar Ehsan, by and through his undersigned attorney, hereby moves this Court for a continuance of the detention hearing that is set in this case for Thursday, July 7, 2005, to Tuesday, July 19 at 3:00. The defendant requests a continuance in order to prepare for the hearing. The defendant is already scheduled for arraignment before Magistrate Judge Collings at the requested time.

The Assistant United States Attorney assigned to this case, Greg Moffat, assents to this request. The government and defendant request the Court to order a period of excludable delay under 18 U.S.C. § 3161(h) (8) for the period of the continuance.

> AZHAR EHSAN
> By his attorney,
>
> /s/ Page Kelley
> Page Kelley
>   B.B.O. #548237
> Federal Defender Office
> 408 Atlantic Avenue, 3rd Floor
> Boston, MA  02110
> Tel: 617-223-8061

Date: July 5, 2005