# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                CRIMINAL NO. 2005-10156-RWZ

AZHAR EHSAN,
     Defendant.

## APPOINTMENT OF FEDERAL DEFENDER

COLLINGS, U.S.M.J.

    The financial inability of the defendant to retain counsel hving been established by the Court, and the defendant not having waived the appointment of counsel,

    It is hereby ORDERED that the Federal Defender Office of the District of Massachusetts be appointed effective as of July 25, 2005 to represent said defendant in this cause until further order of the Court.

                                      By the Court,

                                      /s/ Noreen A. Russo
                                      NOREEN A. RUSSO
                                      Deputy Clerk

Date: July 25, 2005