AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

BRANDON DELGADO

**WARRANT FOR ARREST**

CASE NUMBER: 05-M-0406-RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BRANDON DELGADO**
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
possession with intent to distribute, and distribution, of cocaine and cocaine base, Schedule II controlled substances,

in violation of Title **21** United States Code, Section(s) **841(a)(1)**

ROBERT B. COLLINGS
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite
Boston, Massachusetts

Bail fixed at $ _____ by _____ Name of Judicial Officer

2005 FEB 22 D 1:45
RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 5/02/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.