```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10156-RWZ |
| | ) | |
| AZHAR EHSAN | ) | |

### JOINT MEMORANDUM ON INITIAL STATUS CONFERENCE

Pursuant to Local Rule 116.5(A) and the Court's form of Report & Order On Initial Status Conference, the parties report as follows:

1. There are no unusual or complex issues presented which require an early joint conference of the District Judge and Magistrate Judge with counsel.

2. There are no features of the case that deserve special attention or modification of the standard schedule.

3. Neither party anticipates making supplemental discovery.

4. Neither party anticipates providing expert witness discovery pursuant to Fed. R. Crim. P. 16(a)(1)(E) and/or 16(b)(1)(C).

5. The parties move to exclude the forty-two (42) day period from July 25 to September 7, 2005 for the purpose of the government's production of discovery materials. Defendant further requests exclusion of the forty-five (45) day period from September 8 to October 23, 2005 in order to further review discovery, request any further discovery, and to file any motion(s).

6.   Trial is anticipated.  A trial should take not more than five trial days.

7.   Defendant anticipates filing a motion or motions to suppress evidence and/or statements.  The parties request that the Court set an Interim Status Conference on or around October 23, 2005.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MICHAEL J. SULLIVAN,<br>United States Attorney,<br>By:<br>/s/ Gregory Moffatt<br>GREGORY T. MOFFATT<br>Assistant U.S. Attorney<br>(617)748-3370 | AZHAR ESHAN,<br>By His Attorney,<br><br>/s/ Page Kelley<br>PAGE KELLEY, ESQ.<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA 02210<br>(617)223-8061 |

DATE:     September 6, 2005