# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                              CRIMINAL NO. 2005-10156-RWZ

ASHAR EHSAN,
     Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

6/24/2005 - Indictment returned.

6/29/2005 - Initial Appearance

6/29 - 7/19/2005 - Government's motion for detention; filing to hearing.

7/19 - 7/25/2005 - Continuance granted to enable defendant to attempt to hire his own attorney. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

7/25/2005 - Arraignment

7/26 - 8/22/2005 - Excluded as per L.R. 112.2(A)(2)

9/6/2005 - Conference held.

9/7 - 10/19/2005 -   Continuance granted so that the defendant's counsel can review the massive amounts of discovery material provided by the United States. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of October 19, 2005, FOURTEEN (14) non-excludable days will have occurred leaving FIFTY-SIX (56) days left to commence trial so as to be within the seventy-day period for trial set by statute.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

September 6, 2005.