# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                           CRIMINAL NO. 2005-10156-RWZ

ASHAR EHSAN,
        Defendant.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on September 6, 2005; counsel for the defendant were present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    The time is enlarged to cob 10/19/2005.

(2)    No experts will be called at trial.

(3)    No.

(4)    It is unknown whether any non-discovery type motions will be

filed.

(5)   *See* Order of Excludable Delay entered this date.

(6)   It is unknown whether a trial will be necessary; trial would take five (5) trial days.

(7)   An Interim Status Conference is set for **Thursday, October 20, 2005 at 1:45 P.M.**

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)   *See* ¶¶ (1)-(4), *supra*.

(2)   It does not.

(3)   None.

(4)   *See* Order of Excludable Delay entered this date.

(5)   Not applicable.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

September 6, 2005.