UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05 cr 10156 -RWZ |
| ) | |
| AZHAR EHSAN ) | |
| ) | |

JOINT MOTION TO COMBINE RULE 11 HEARING AND SENTENCING
AND DISPENSE WITH PRESENTENCE INVESTIGATION

Defendant Azhar Ehsan and the United States jointly move that the Court (1) sentence Mr. Ehsan at the conclusion of the Rule 11 Hearing on October 18, 2005 at 2:30 p.m. and (2) dispense with the preparation of a presentence investigation because the Court has sufficient information to exercise its sentencing authority meaningfully, see Fed. R. Crim. P. 32(c)(1)(A)(ii).   Defense counsel has spoken with John Bocan, Chief Probation Officer, who has no objection to this request.  The parties' grounds are set forth below.

1. Mr. Ehsan is a citizen of Pakistan.  He is thirty-one years old.  He is charged with violating 18 U.S.C. §1001(a)(3), specifically, aiding and abetting the making of a false writing, a letter, that was sent to the U.S. Embassy in Pakistan.

2. Mr. Ehsan has no prior criminal record.

3. Guideline § 2B1.1 applies to Mr. Ehsan.  It results in a base offense level of 6.  He should receive a 2 level reduction for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1. The defendant's total offense level thus is 4, and he is in criminal history category I, so the applicable guideline range is 0 - 6 months.  Mr. Ehsan has been in federal custody since May 2, 2005.  Thus at the time of sentencing, on October 18, 2005, he will have served over five

months in custody.  The government and the defendant will both ask the Court to sentence Mr. Ehsan to time served.

4. Mr. Ehsan will be deported after finishing any sentence in this case; neither the government nor counsel for the defendant know of any legal basis he has for being allowed to remain here.

5. Based upon the foregoing, the United States and Mr. Ehsan suggest that the Court has sufficient information to exercise meaningfully its sentencing authority under 18 U.S.C. § 3553 and, thus, proceed to sentencing on October 18, 2005 without a presentence investigation or report.

6. Because the Probation Office will not supervise Mr. Ehsan on supervised release, whether or not a term of supervised release is imposed, that Office does not need a presentence report.  Whether by voluntary departure or by order of deportation, Mr. Ehsan will be deported to Pakistan from the United States as soon as his sentence is completed, accordingly no presentence report is required for supervision purposes.

## CONCLUSION

WHEREFORE, the parties request that the Court sentence Mr. Ehsan on October 18, 2005 after accepting his change of plea.

| MICHAEL J. SULLIVAN | AZHAR EHSAN |
| --- | --- |
| United States Attorney, | By his attorney, |
| /s/ Greg Moffatt | /s/ Page Kelley |
| Greg Moffatt | Page Kelley |
| Assistant U.S. Attorney | B.B.O. #548237 |
| U.S. Attorney's Office | Federal Defender Office |
| One Courthouse Way | 408 Atlantic Avenue, 3rd Floor |
| Boston, MA 02210 | Boston, MA  02110 |
|  | Tel: 617-223-8061 |