UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10156-RWZ |
| | ) | |
| AZHAR EHSAN | ) | |
| | ) | |

SENTENCING MEMORANDUM OF AZHAR EHSAN

Defendant Azhar Ehsan, by and through his undersigned attorney, submits this Memorandum in support of the joint request by the government and defendant that this Court sentence the defendant to time served. Below, the defendant briefly sets out his biographical information and the reasons why the Court should accept the joint recommendation.

Azhar Ehsan was born on June 7, 1973, in Khanwel, Pakistan, in Punjab province. He is a citizen of Pakistan and as far as counsel knows, has no legal claim to remain in the United States. It is counsel's understanding that when Mr. Ehsan's case is resolved here, he will be released to ICE custody and deported to Pakistan.

When Mr. Ehsan was three months old, his parents moved with him to Islamabad. Mr. Ehsan's father is presently retired but for many years he worked as a land surveyor. His mother was always a homemaker.

Mr. Ehsan is not married and has no children. He has three brothers: he is the third child in the family. His brothers all live in Pakistan. His two older brothers are married, with children; his younger brother is not married. His brothers are all government employees.

Mr. Ehsan says that he had a "normal" childhood. Although his family was not wealthy, he relates that the children had everything they needed. He was never abused, nor did he suffer any deprivation or unusual hardships.

After attending elementary and secondary school for twelve years, Mr. Ehsan attended the Islamabad Commerce College, where he studied accounting and business for about three years. He received a degree in 1995. After graduating, he was a junior officer in a large multi-national company in the oil industry department. He held that job for about a year, and then started his own business in Islamabad, selling computers. He ran that company until he came to the United States in 2001.

From 2001 to 2005, Mr. Ehsan lived in the United States, working in gas stations and convenience stores to support himself.

On April 19, 2005, Mr. Ehsan was arrested in Georgia as the result of a traffic stop. The policeman who pulled him over contacted ICE and determined that Mr. Ehsan was not in the country legally. A complaint issued against Mr. Ehsan in this District on April 22, 2005. Mr. Ehsan was held in ICE custody until May 2, 2005, when he was arrested by the United States Marshals and brought to the United States District Court for the Middle District of Georgia. There, Mr. Ehsan waived his Rule 5 hearings on May 3, and an Order was issued removing him to this District on May 19. He was indicted on June 21 and had his initial appearance in this court on June 29, 2005.

The parties have jointly recommended that Mr. Ehsan be sentenced to time served. The Court should adopt this recommendation. Although Mr. Ehsan came into the United States as

part of a sting operation in which he presumably was going to negotiate the purchase of military equipment, Mr. Ehsan never even came close to finalizing any deals with the fictitious company with which he was communicating. Once he was in the United States, he did not engage in any illegal activities, but instead attempted to support himself by working at gas stations and convenience stores. By all accounts, Mr. Ehsan's efforts to communicate with the fictitious company were for the purpose of gaining entry into the United States, and not for perpetrating any crimes.

      For the above reasons, the defendant respectfully requests that this Court sentence Mr. Ehsan to time served.

AZHAR EHSAN
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: October 17, 2005